IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| MICHAEL J. KINES | : | |
| | : | Case No. 16-13781-mdc |
| Debtor | : | |

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw the "Meeting of Creditors Continued. Reason for continuance: 10 days for debtor to provide probate information... 341(a) meeting to be held on 8/24/2016 at 03:00 PM (check with U.S. Trustee for location).", filed on August 1, 2016.

DATE: *August 1, 2016*                    BY:    */s/ Lynn E. Feldman, Esquire*
                                                Lynn E. Feldman, Esquire
                                                Chapter 7 Trustee
                                                PA   I.D. No. 35996
                                                221 N. Cedar Crest Blvd.
                                                Allentown, PA  18104
                                                (610) 530-9285