United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13781-mdc
Michael J. Kines                                                      Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Marie         Page 1 of 1         Date Rcvd: Oct 04, 2016
                        Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
db           +Michael J. Kines,    810 Serrill Avenue,    Lansdowne, PA 19050-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor   Reverse Mortgage Solutions, Inc.
      agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Reverse Mortgage Solutions, Inc.
      bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
     RICHARD F. WEINSTEIN    on behalf of Debtor Michael J. Kines rfwlaw1@comcast.net
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael J. Kines : Case No. 16−13781−mdc
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 4, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Magdeline D. Coleman
        Judge , United States Bankruptcy Court

33
Form 195